**Fill in this information to identify your case and this filing:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Judith** | **Marion** | **Justus** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **David** | **L.** | **Justus** |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: DISTRICT OF MARYLAND

Case number   18-23912

■ Check if this is an amended filing

Official Form 106A/B
# Schedule A/B: Property    12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1:    Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In**

1. **Do you own or have any legal or equitable interest in any residence, building, land, or similar property?**

   ☐ No. Go to Part 2.

   ■ Yes. Where is the property?

   1.1

   **Wilderness Camping Resort Timeshare**
   **9220 Plank Road**
   Street address, if available, or other description

   | Spotsylvania | VA | 22553-0000 |
   |---|---|---|
   | City | State | ZIP Code |

   **Spotsylvania**
   County

   **What is the property?** Check all that apply
   ☐ Single-family home
   ☐ Duplex or multi-unit building
   ☐ Condominium or cooperative
   ☐ Manufactured or mobile home
   ☐ Land
   ☐ Investment property
   ■ Timeshare
   ☐ Other

   **Who has an interest in the property?** Check one
   ☐ Debtor 1 only
   ☐ Debtor 2 only
   ■ Debtor 1 and Debtor 2 only
   ☐ At least one of the debtors and another

   Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property*.

   | Current value of the entire property? | Current value of the portion you own? |
   |---|---|
   | $2,500.00 | $2,500.00 |

   Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.
   **Fee simple**

   ☐ Check if this is community property
   (see instructions)

   Other information you wish to add about this item, such as local property identification number:

| Debtor 1 | **Judith Marion Justus** | | Case number *(if known)* | **18-23912** |
|---|---|---|---|---|
| Debtor 2 | **David L. Justus** | | | |

**If you own or have more than one, list here:**

1.2

**37459 Oliver Drive**
Street address, if available, or other description

| **Selbyville** | **DE** | **19975-0000** |
|---|---|---|
| City | State | ZIP Code |

**Sussex**
County

**What is the property?** Check all that apply

☐ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

**Other information you wish to add about this item, such as local property identification number:**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| **Current value of the entire property?** | **Current value of the portion you own?** |
|---|---|
| **$305,500.00** | **$305,500.00** |

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

**Fee simple**

☐ **Check if this is community property** (see instructions)

---

**If you own or have more than one, list here:**

1.3

**905 Echo Bay Court**
Street address, if available, or other description

| **Gambrills** | **MD** | **21054-0000** |
|---|---|---|
| City | State | ZIP Code |

**Anne Arundel**
County

**What is the property?** Check all that apply

■ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

**Other information you wish to add about this item, such as local property identification number:**

**value used on appraisal by lender 08/24/2018 less closing costs of 9-10% for real estate commissions, transfer and recordation taxes, and closing cost credit of approximately $53,000.00. there is unexempt equity of approximately $5,500.00**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| **Current value of the entire property?** | **Current value of the portion you own?** |
|---|---|
| **$600,000.00** | **$600,000.00** |

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

**Fee simple**

☐ **Check if this is community property** (see instructions)

---

2. **Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here..........................................................................=>**    **$908,000.00**

**Part 2:    Describe Your Vehicles**

**Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not?** Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

| Debtor 1 | **Judith Marion Justus** | | Case number *(if known)* | **18-23912** |
|---|---|---|---|---|
| Debtor 2 | **David L. Justus** | | | |

3. **Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**

   ☐ No
   ■ Yes

   | 3.1 | Make: | **Mazda** | Who has an interest in the property? Check one | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property*. |
   |---|---|---|---|---|
   | | Model: | **6** | ☐ Debtor 1 only | |
   | | Year: | **2010** | ☐ Debtor 2 only | **Current value of the entire property?** / **Current value of the portion you own?** |
   | | Approximate mileage: | **126,000** | ■ Debtor 1 and Debtor 2 only | |
   | | Other information: | | ☐ At least one of the debtors and another | |
   | | | | ☐ Check if this is community property (see instructions) | **$1,764.00** / **$1,764.00** |

   | 3.2 | Make: | **Kia** | Who has an interest in the property? Check one | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property*. |
   |---|---|---|---|---|
   | | Model: | **Sportage** | ☐ Debtor 1 only | |
   | | Year: | **2015** | ☐ Debtor 2 only | **Current value of the entire property?** / **Current value of the portion you own?** |
   | | Approximate mileage: | **45,000** | ■ Debtor 1 and Debtor 2 only | |
   | | Other information: | | ☐ At least one of the debtors and another | |
   | | | | ☐ Check if this is community property (see instructions) | **$10,881.00** / **$10,881.00** |

   | 3.3 | Make: | **Mazda** | Who has an interest in the property? Check one | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property*. |
   |---|---|---|---|---|
   | | Model: | **3** | ☐ Debtor 1 only | |
   | | Year: | **2012** | ☐ Debtor 2 only | **Current value of the entire property?** / **Current value of the portion you own?** |
   | | Approximate mileage: | **115,000** | ■ Debtor 1 and Debtor 2 only | |
   | | Other information: | | ☐ At least one of the debtors and another | |
   | | | | ☐ Check if this is community property (see instructions) | **$2,515.00** / **$2,515.00** |

4. **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
   *Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

   ■ No
   ☐ Yes

5. Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here............................................................=>   **$15,160.00**

### Part 3:   Describe Your Personal and Household Items

| **Do you own or have any legal or equitable interest in any of the following items?** | **Current value of the portion you own?** Do not deduct secured claims or exemptions. |
|---|---|

6. **Household goods and furnishings**
   *Examples:* Major appliances, furniture, linens, china, kitchenware
   ☐ No
   ■ Yes.  Describe.....

| Debtor 1 | **Judith Marion Justus** | | |
|---|---|---|---|
| Debtor 2 | **David L. Justus** | Case number *(if known)* | **18-23912** |

| | |
|---|---:|
| **2 space heaters, 4 bedspreads/blankets, 3 curtains, 2 drapes, 8 pillows, 3 sets of sheets, 4 throw rugs, 20 towels, queen size bed, china cabinet, 2 coffee tables, desk, dining room set, 2 dressers, 2 end tables, 2 lamps, pots, pans, utensils, cups, plates, microwave, toaster, blender, 2 sofas, kitchen utensils, vaccum cleaner,** | $3,900.00 |

7. **Electronics**
   *Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games
   ☐ No
   ■ Yes.  Describe.....

| | |
|---|---:|
| **stereo, radio, 3 DVD players, 4 televisions, desktop computer, printer/fax/scanner, cell phone** | $850.00 |

8. **Collectibles of value**
   *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles
   ■ No
   ☐ Yes.  Describe.....

9. **Equipment for sports and hobbies**
   *Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments
   ☐ No
   ■ Yes.  Describe.....

| | |
|---|---:|
| **old bicycles** | $100.00 |

10. **Firearms**
    *Examples:* Pistols, rifles, shotguns, ammunition, and related equipment
    ■ No
    ☐ Yes.  Describe.....

11. **Clothes**
    *Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories
    ☐ No
    ■ Yes.  Describe.....

| | |
|---|---:|
| **4 jackets, coat, 6 pairs of shorts, pajamas, 30 shirts, 10 pairs of shoes, 15 pairs of slacks, 2 suits, 6 sweaters, 2 swim trunks, undergarments, socks, 4 pairs of jeans, belts, gloves, scarves, prescription glasses** | $195.00 |

| | |
|---|---:|
| **3 bathing suits, 2 bathrobes, 100 blouses, undergarments, 10 coats, 5 dresses, 4 evening dresses, 5 pairs of jeans, 5 leggings, 20 handbags, 2 hats, 8 jackets, nightgowns, 5 suits, 60 pairs of shoes, 15 pairs of slacks, slips, socks, 2 sweatsuits, 10 sweaters, scarves, belts, gloves, prescription glasses** | $210.00 |

12. **Jewelry**
    *Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver
    ☐ No
    ■ Yes.  Describe.....

| | | |
|---|---|---|
| Debtor 1 | **Judith Marion Justus** | |
| Debtor 2 | **David L. Justus** | Case number *(if known)* **18-23912** |

| | |
|---|---|
| wedding rings, gold necklace, wedding band, earrings, gold bracelet, women's watch, misc. costume jewelry. | **$2,500.00** |

13. **Non-farm animals**
    *Examples:* Dogs, cats, birds, horses
    ☐ No
    ■ Yes.  Describe.....

| | |
|---|---|
| **2 dogs** | **$100.00** |

14. **Any other personal and household items you did not already list, including any health aids you did not list**
    ■ No
    ☐ Yes.  Give specific information.....

15. **Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here .............................................................................**     **$7,855.00**

### Part 4:  Describe Your Financial Assets

**Do you own or have any legal or equitable interest in any of the following?**      **Current value of the portion you own?** Do not deduct secured claims or exemptions.

16. **Cash**
    *Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition
    ■ No
    ☐ Yes.............................................................................................

17. **Deposits of money**
    *Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.
    ☐ No
    ■ Yes........................ Institution name:

| | | | |
|---|---|---|---|
| | 17.1. | **Checking**     **SunTrust Acct.** | **$950.00** |
| | 17.2. | **Tower FCU Acct.** **Acct. No. 177** | **$695.00** |

18. **Bonds, mutual funds, or publicly traded stocks**
    *Examples:* Bond funds, investment accounts with brokerage firms, money market accounts
    ■ No
    ☐ Yes.................. Institution or issuer name:

19. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**
    ■ No
    ☐ Yes.  Give specific information about them...................
        Name of entity:     % of ownership:

20. **Government and corporate bonds and other negotiable and non-negotiable instruments**
    *Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
    *Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.
    ■ No
    ☐ Yes. Give specific information about them
        Issuer name:

| Debtor 1 | **Judith Marion Justus** | | |
|---|---|---|---|
| Debtor 2 | **David L. Justus** | Case number *(if known)* | **18-23912** |

21. **Retirement or pension accounts**
    *Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans
    ☐ No
    ■ Yes. List each account separately.

| Type of account: | Institution name: | |
|---|---|---|
| **IRA** | **American Funds Roth IRa** | **$6,206.95** |
| **IRS** | **Security Benefit IRA** | **$101,033.27** |
| **IRA** | **American Equity IRA** | **$96,416.97** |
| **Roth IRA** | **American Funds** | **$1,459.29** |
| **IRA** | **Allianz Roth IRA** | **$4,188.72** |
| **IRA** | **Horter IRA** | **$54,673.12** |
| **IRA** | **Allianz IRA** | **$178,670.90** |

22. **Security deposits and prepayments**
    Your share of all unused deposits you have made so that you may continue service or use from a company
    *Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others
    ■ No
    ☐ Yes. .....................      Institution name or individual:

23. **Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)
    ■ No
    ☐ Yes............      Issuer name and description.

24. **Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
    26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).
    ■ No
    ☐ Yes............      Institution name and description. Separately file the records of any interests.11 U.S.C. § 521(c):

25. **Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**
    ■ No
    ☐ Yes. Give specific information about them...

26. **Patents, copyrights, trademarks, trade secrets, and other intellectual property**
    *Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements
    ■ No
    ☐ Yes. Give specific information about them...

27. **Licenses, franchises, and other general intangibles**
    *Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses
    ■ No
    ☐ Yes. Give specific information about them...

| **Money or property owed to you?** | **Current value of the portion you own?** Do not deduct secured claims or exemptions. |
|---|---|

| | | | |
|---|---|---|---|
| Debtor 1 | **Judith Marion Justus** | | |
| Debtor 2 | **David L. Justus** | Case number *(if known)* | **18-23912** |

28. **Tax refunds owed to you**
    ■ No
    ☐ Yes. Give specific information about them, including whether you already filed the returns and the tax years.......

29. **Family support**
    *Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement
    ■ No
    ☐ Yes. Give specific information......

30. **Other amounts someone owes you**
    *Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay, workers' compensation, Social Security benefits; unpaid loans you made to someone else
    ■ No
    ☐ Yes. Give specific information..

31. **Interests in insurance policies**
    *Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance
    ☐ No
    ■ Yes. Name the insurance company of each policy and list its value.

| Company name: | Beneficiary: | Surrender or refund value: |
|---|---|---|
| employer provided term life | | $0.00 |

32. **Any interest in property that is due you from someone who has died**
    If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died.
    ■ No
    ☐ Yes. Give specific information..

33. **Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**
    *Examples:* Accidents, employment disputes, insurance claims, or rights to sue
    ■ No
    ☐ Yes. Describe each claim.........

34. **Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**
    ■ No
    ☐ Yes. Describe each claim.........

35. **Any financial assets you did not already list**
    ■ No
    ☐ Yes. Give specific information..

36. **Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here.......................................................................................................** | **$444,294.22**

| Part 5: | Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1. |
|---|---|

37. **Do you own or have any legal or equitable interest in any business-related property?**
    ■ No. Go to Part 6.
    ☐ Yes. Go to line 38.

| Part 6: | Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In. |
|---|---|
| | If you own or have an interest in farmland, list it in Part 1. |

46. **Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**
    ■ No. Go to Part 7.

| | | |
|---|---|---|
| Debtor 1 | **Judith Marion Justus** | |
| Debtor 2 | **David L. Justus** | Case number *(if known)* **18-23912** |

☐ Yes. Go to line 47.

### Part 7: Describe All Property You Own or Have an Interest in That You Did Not List Above

53. **Do you have other property of any kind you did not already list?**
    *Examples:* Season tickets, country club membership
    ■ No
    ☐ Yes. Give specific information.........

54. **Add the dollar value of all of your entries from Part 7. Write that number here** ....................................  $0.00

### Part 8: List the Totals of Each Part of this Form

55. **Part 1: Total real estate, line 2** ........................................................................................................  $908,000.00
56. **Part 2: Total vehicles, line 5**                                   $15,160.00
57. **Part 3: Total personal and household items, line 15**         $7,855.00
58. **Part 4: Total financial assets, line 36**                       $444,294.22
59. **Part 5: Total business-related property, line 45**              $0.00
60. **Part 6: Total farm- and fishing-related property, line 52**     $0.00
61. **Part 7: Total other property not listed, line 54**          +  $0.00

62. **Total personal property.** Add lines 56 through 61...   $467,309.22    Copy personal property total    $467,309.22

63. **Total of all property on Schedule A/B**. Add line 55 + line 62    $1,375,309.22

| Fill in this information to identify your case: | | |
|---|---|---|
| Debtor 1 | **Judith Marion Justus** | |
| | First Name   Middle Name   Last Name | |
| Debtor 2 (Spouse if, filing) | **David L. Justus** | |
| | First Name   Middle Name   Last Name | |
| United States Bankruptcy Court for the: | DISTRICT OF MARYLAND | |
| Case number (if known) | 18-23912 | |

■ Check if this is an amended filing

# Official Form 106C
## Schedule C: The Property You Claim as Exempt    4/16

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.

### Part 1:  Identify the Property You Claim as Exempt

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

   ■ You are claiming state and federal nonbankruptcy exemptions.   11 U.S.C. § 522(b)(3)

   ☐ You are claiming federal exemptions.   11 U.S.C. § 522(b)(2)

2. **For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| **905 Echo Bay Court Gambrills, MD 21054  Anne Arundel County value used on appraisal by lender 08/24/2018  less closing costs of 9-10% for real estate commissions, transfer and recordation taxes, and closing cost credit of approximately $53,000.00. there i**<br>Line from *Schedule A/B*: **1.3** | $600,000.00 | ■ $23,675.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Md. Code Ann., Cts. & Jud. Proc. § 11-504(f)(1)(i)(2) |
| **2010 Mazda 6 126,000 miles**<br>Line from *Schedule A/B*: **3.1** | $1,764.00 | ■ $1,764.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Md. Code Ann., Cts. & Jud. Proc. § 11-504(b)(5) |
| **2015 Kia Sportage 45,000 miles**<br>Line from *Schedule A/B*: **3.2** | $10,881.00 | ■ $3,722.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Md. Code Ann., Cts. & Jud. Proc. § 11-504(b)(5) |
| **2012 Mazda 3 115,000 miles**<br>Line from *Schedule A/B*: **3.3** | $2,515.00 | ■ $379.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Md. Code Ann., Cts. & Jud. Proc. § 11-504(b)(5) |

| Debtor 1 | **Judith Marion Justus** | | |
|---|---|---|---|
| Debtor 2 | **David L. Justus** | Case number (if known) | **18-23912** |

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| **2 space heaters, 4 bedspreads/blankets, 3 curtains, 2 drapes, 8 pillows, 3 sets of sheets, 4 throw rugs, 20 towels, queen size bed, china cabinet, 2 coffee tables, desk, dining room set, 2 dressers, 2 end tables, 2 lamps, pots, pans, utensils, cups, plates**<br>Line from *Schedule A/B*: **6.1** | $3,900.00 | ■ $685.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Md. Code Ann., Cts. & Jud. Proc. § 11-504(b)(4)** |
| **2 space heaters, 4 bedspreads/blankets, 3 curtains, 2 drapes, 8 pillows, 3 sets of sheets, 4 throw rugs, 20 towels, queen size bed, china cabinet, 2 coffee tables, desk, dining room set, 2 dressers, 2 end tables, 2 lamps, pots, pans, utensils, cups, plates**<br>Line from *Schedule A/B*: **6.1** | $3,900.00 | ■ $3,215.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Md. Code Ann., Cts. & Jud. Proc. § 11-504(b)(5)** |
| **stereo, radio, 3 DVD players, 4 televisions, desktop computer, printer/fax/scanner, cell phone**<br>Line from *Schedule A/B*: **7.1** | $850.00 | ■ $510.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Md. Code Ann., Cts. & Jud. Proc. § 11-504(b)(4)** |
| **stereo, radio, 3 DVD players, 4 televisions, desktop computer, printer/fax/scanner, cell phone**<br>Line from *Schedule A/B*: **7.1** | $850.00 | ■ $340.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Md. Code Ann., Cts. & Jud. Proc. § 11-504(b)(5)** |
| **old bicycles**<br>Line from *Schedule A/B*: **9.1** | $100.00 | ■ $100.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Md. Code Ann., Cts. & Jud. Proc. § 11-504(b)(5)** |
| **4 jackets, coat, 6 pairs of shorts, pajamas, 30 shirts, 10 pairs of shoes, 15 pairs of slacks, 2 suits, 6 sweaters, 2 swim trunks, undergarments, socks, 4 pairs of jeans, belts, gloves, scarves, prescription glasses**<br>Line from *Schedule A/B*: **11.1** | $195.00 | ■ $195.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Md. Code Ann., Cts. & Jud. Proc. § 11-504(b)(4)** |
| **3 bathing suits, 2 bathrobes, 100 blouses, undergarments, 10 coats, 5 dresses, 4 evening dresses, 5 pairs of jeans, 5 leggings, 20 handbags, 2 hats, 8 jackets, nightgowns, 5 suits, 60 pairs of shoes, 15 pairs of slacks, slips, socks, 2 sweatsuits, 10 sweat**<br>Line from *Schedule A/B*: **11.2** | $210.00 | ■ $210.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Md. Code Ann., Cts. & Jud. Proc. § 11-504(b)(4)** |
| **wedding rings, gold necklace, wedding band, earrings, gold bracelet, women's watch, misc. costume jewelry.**<br>Line from *Schedule A/B*: **12.1** | $2,500.00 | ■ $850.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Md. Code Ann., Cts. & Jud. Proc. § 11-504(b)(5)** |

Debtor 1 **Judith Marion Justus**
Debtor 2 **David L. Justus**

Case number (if known) **18-23912**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>Check only one box for each exemption. | Specific laws that allow exemption |
|---|---|---|---|
| **wedding rings, gold necklace, wedding band, earrings, gold bracelet, women's watch, misc. costume jewelry.**<br>Line from *Schedule A/B*: **12.1** | $2,500.00 | ■ $1,650.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Md. Code Ann., Cts. & Jud. Proc. § 11-504(f)(1)(i)(1)** |
| **Checking: SunTrust Acct.**<br>Line from *Schedule A/B*: **17.1** | $950.00 | ■ $950.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Md. Code Ann., Cts. & Jud. Proc. § 11-504(f)(1)(i)(1)** |
| **Tower FCU Acct. Acct. No. 177**<br>Line from *Schedule A/B*: **17.2** | $695.00 | ■ $695.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Md. Code Ann., Cts. & Jud. Proc. § 11-504(b)(5)** |
| **IRA: American Funds Roth IRa**<br>Line from *Schedule A/B*: **21.1** | $6,206.95 | ■ $6,206.95<br>☐ 100% of fair market value, up to any applicable statutory limit | **Md. Code Ann., Cts. & Jud. Proc. § 11-504(h)** |
| **IRS: Security Benefit IRA**<br>Line from *Schedule A/B*: **21.2** | $101,033.27 | ■ $101,033.27<br>☐ 100% of fair market value, up to any applicable statutory limit | **Md. Code Ann., Cts. & Jud. Proc. § 11-504(h)** |
| **IRA: American Equity IRA**<br>Line from *Schedule A/B*: **21.3** | $96,416.97 | ■ $96,416.97<br>☐ 100% of fair market value, up to any applicable statutory limit | **Md. Code Ann., Cts. & Jud. Proc. § 11-504(h)** |
| **Roth IRA: American Funds**<br>Line from *Schedule A/B*: **21.4** | $1,459.29 | ■ $1,459.29<br>☐ 100% of fair market value, up to any applicable statutory limit | **Md. Code Ann., Cts. & Jud. Proc. § 11-504(h)** |
| **IRA: Allianz Roth IRA**<br>Line from *Schedule A/B*: **21.5** | $4,188.72 | ■ $4,188.72<br>☐ 100% of fair market value, up to any applicable statutory limit | **Md. Code Ann., Cts. & Jud. Proc. § 11-504(h)** |
| **IRA: Horter IRA**<br>Line from *Schedule A/B*: **21.6** | $54,673.12 | ■ $54,673.12<br>☐ 100% of fair market value, up to any applicable statutory limit | **Md. Code Ann., Cts. & Jud. Proc. § 11-504(h)** |
| **IRA: Allianz IRA**<br>Line from *Schedule A/B*: **21.7** | $178,670.90 | ■ $178,670.90<br>☐ 100% of fair market value, up to any applicable statutory limit | **Md. Code Ann., Cts. & Jud. Proc. § 11-504(h)** |

3. **Are you claiming a homestead exemption of more than $160,375?**
   (Subject to adjustment on 4/01/19 and every 3 years after that for cases filed on or after the date of adjustment.)

   ■ No
   ☐ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?
      ☐ No
      ☐ Yes

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Judith** First Name | **Marion** Middle Name | **Justus** Last Name |
| Debtor 2 (Spouse if, filing) | **David** First Name | **L.** Middle Name | **Justus** Last Name |

United States Bankruptcy Court for the: **DISTRICT OF MARYLAND**

Case number (if known): **18-23912**

■ Check if this is an amended filing

Official Form 106D
# Schedule D: Creditors Who Have Claims Secured by Property 12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

**1. Do any creditors have claims secured by your property?**

☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.

■ Yes. Fill in all of the information below.

**Part 1:   List All Secured Claims**

**2. List all secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | | | *Column A* Amount of claim Do not deduct the value of collateral. | *Column B* Value of collateral that supports this claim | *Column C* Unsecured portion If any |
|---|---|---|---|---|---|
| **2.1** | **Chase Auto Finance** Creditor's Name | Describe the property that secures the claim: | $2,136.00 | $2,515.00 | $0.00 |
| | | **2012 Mazda 3 115,000 miles** | | | |
| | **Attn: Bankruptcy** **Po Box 901076** **Fort Worth, TX 76101** Number, Street, City, State & Zip Code | **As of the date you file, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | | |
| | **Who owes the debt?** Check one.<br>☐ Debtor 1 only<br>■ Debtor 2 only<br>☐ Debtor 1 and Debtor 2 only<br>☐ At least one of the debtors and another<br>☐ Check if this claim relates to a community debt | **Nature of lien.** Check all that apply.<br>☐ An agreement you made (such as mortgage or secured car loan)<br>☐ Statutory lien (such as tax lien, mechanic's lien)<br>☐ Judgment lien from a lawsuit<br>☐ Other (including a right to offset) _____ | | | |
| | Date debt was incurred **Opened 01/13 Last Active 7/16/18** | Last 4 digits of account number **0104** | | | |
| **2.2** | **Chase Home Mortgage** Creditor's Name | Describe the property that secures the claim: | $479,850.00 | $600,000.00 | $0.00 |
| | | **905 Echo Bay Court Gambrills, MD 21054  Anne Arundel County value used on appraisal by lender 08/24/2018  less closing costs of 9-10% for real estate commissions, transfer and recordation taxes, and closing cost credit of approximately $53** | | | |
| | **P.O. Box 78420** **Phoenix, AZ 86062** Number, Street, City, State & Zip Code | **As of the date you file, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | | |
| | **Who owes the debt?** Check one. | **Nature of lien.** Check all that apply. | | | |

Official Form 106D                Schedule D: Creditors Who Have Claims Secured by Property                page 1 of 3

| | | |
|---|---|---|
| Debtor 1 | **Judith Marion Justus** | Case number (if known) **18-23912** |
| | First Name    Middle Name    Last Name | |
| Debtor 2 | **David L. Justus** | |
| | First Name    Middle Name    Last Name | |

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred _____     Last 4 digits of account number _____

---

| 2.3 | **Mr. Cooper** | Describe the property that secures the claim: | $349,239.00 | $305,500.00 | $43,739.00 |
|---|---|---|---|---|---|

Creditor's Name

**Attn: Bankruptcy
8950 Cypress Waters Blvd
Coppell, TX 75019**

Number, Street, City, State & Zip Code

**37459 Oliver Drive Selbyville, DE 19975  Sussex County**

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred  **Opened 03/07  Last Active 7/27/18**     Last 4 digits of account number  **5826**

---

| 2.4 | **Suntrust Bank** | Describe the property that secures the claim: | $37,375.00 | $600,000.00 | $0.00 |
|---|---|---|---|---|---|

Creditor's Name

**Attn: Bankruptcy
1001 Semmes Ave
Va-Rvw-6290
Richmond, VA 23224**

Number, Street, City, State & Zip Code

**905 Echo Bay Court Gambrills, MD 21054  Anne Arundel County value used on appraisal by lender 08/24/2018  less closing costs of 9-10% for real estate commissions, transfer and recordation taxes, and closing cost credit of approximately $53**

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred  **Opened 03/04  Last Active 6/24/18**     Last 4 digits of account number  **3929**

---

Official Form 106D     Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**     page 2 of 3

Debtor 1  **Judith Marion Justus**
          First Name    Middle Name    Last Name

Debtor 2  **David L. Justus**
          First Name    Middle Name    Last Name

Case number (if known)  **18-23912**

---

| 2.5 | **Tower Federal CU** | Describe the property that secures the claim: | $7,159.00 | $10,881.00 | $0.00 |
|---|---|---|---|---|---|
| | Creditor's Name | **2015 Kia Sportage 45,000 miles** | | | |

**Attn: Bankruptcy**
**Po Box 123**
**Annapolis Junction, MD 20701**
Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred  **Opened 03/15  Last Active 8/09/18**

Last 4 digits of account number  **7710**

---

| 2.6 | **Wilderness Presidential Resort** | Describe the property that secures the claim: | Unknown | $2,500.00 | Unknown |
|---|---|---|---|---|---|
| | Creditor's Name | **Wilderness Camping Resort Timeshare 9220 Plank Road Spotsylvania, VA 22553 Spotsylvania County** | | | |

**9220 Plank Road**
**Spotsylvania, VA 22553**
Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred  _____

Last 4 digits of account number  _____

---

Add the dollar value of your entries in Column A on this page. Write that number here:  **$875,759.00**

If this is the last page of your form, add the dollar value totals from all pages. Write that number here:  **$875,759.00**

**Part 2:  List Others to Be Notified for a Debt That You Already Listed**

Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Part 1, list the additional creditors here. If you do not have additional persons to be notified for any debts in Part 1, do not fill out or submit this page.

---

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Judith Marion Justus** | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **David L. Justus** | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF MARYLAND | | |
| Case number (if known) | 18-23912 | | |

■ Check if this is an amended filing

Official Form 106Dec
# Declaration About an Individual Debtor's Schedules 12/15

If two married people are filing together, both are equally responsible for supplying correct information.

You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

■ **Sign Below**

Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?

■ No

☐ Yes. Name of person _____ Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119)

Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.

X **/s/ Judith Marion Justus**        X **/s/ David L. Justus**
**Judith Marion Justus**               **David L. Justus**
Signature of Debtor 1                  Signature of Debtor 2

Date **October 25, 2018**              Date **October 25, 2018**

Official Form 106Dec                Declaration About an Individual Debtor's Schedules